No. 93–644. HONDA MOTOR CO., LTD., ET AL. *v.* OBERG. Sup. Ct. Ore. Certiorari granted.

No. 93–744. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR *v.* GREENWICH COLLIERIES ET AL.; and DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR *v.* MAHER TERMINALS, INC., ET AL. C. A. 3d Cir. Certiorari granted.

No. 93–6188. HECK *v.* HUMPHREY ET AL. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

JANUARY 18, 1994

No. 93–835. MOORE, ATTORNEY GENERAL OF MISSISSIPPI, ET AL. *v.* DUPREE ET AL.; and
No. 93–836. LAMAR COUNTY BOARD OF EDUCATION AND TRUSTEES ET AL. *v.* DUPREE ET AL. Appeals from D. C. S. D. Miss. dismissed for want of jurisdiction.

No. 92–1139. CARLISLE *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ratzlaf* v. *United States, ante,* p. 135.

No. 92–1841. SHIRK *v.* UNITED STATES. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ratzlaf* v. *United States, ante,* p. 135.

No. 92–7410. PITNER *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ratzlaf* v. *United States, ante,* p. 135.